AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2) (Page 2)

FILED
CLERK, U.S. DISTRICT COURT

11/22/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-mj-05834 | 11/20/2023 10:00 AM | Glendale PD Det. Dylan Montes |

Inventory made in the presence of: SA Eli Adams

Inventory of the property taken and name of any person(s) seized:

$33,910.00 seized from Michael THACKER

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/2023

_____
Executing officer's signature

Steve Jin, SA
Printed name and title